UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 4:12CR40017-002 |
| | ) |
| JOSE FRAUSTO-SANCHEZ | ) |

## ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that the Superseding Indictment filed in the above-entitled and numbered cause on May 22, 2012, be on the same day hereby dismissed without prejudice.

Entered on this 28th day of October, 2014.

_____
Honorable Susan O. Hickey
United States District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 28 2014
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK